**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JESSE WAYNE MARLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1550-R** |
| | ) | |
| **BILLY COYLE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This action is before the Court for review of the Report and Recommendation [Doc. No. 15] issued by United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Mitchell recommends this action be dismissed with prejudice because the claims are barred by *Heck v. Humphrey*, 512 U.S. 77(1994) and, additionally, Defendant is not a federal actor subject to suit under *Bivens v. Six Unknown Named Agents,* 403 U.S. 388 (1971). Within the time period to file an objection to the Report, Plaintiff filed two documents [Doc. Nos. 16, 18], but they present no persuasive argument or authority that would cause this Court to reject Judge Mitchell's analysis.

Accordingly, upon de novo review, the Report and Recommendation is ADOPTED and, for the reasons stated in the Report, this action is DISMISSED with prejudice.

IT IS SO ORDERED this 9th day of November, 2026.

David L. Russell

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**